**People of the State of Illinois, Plaintiff-Appellee, v. Herman Robinson, Defendant-Appellant.**

**Gen. No. 53,138. (Abstract of Decision.)**

First District, Second Division.

July 8, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Herbert Becker, Norman W. Fishman, James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Patrick T. Driscoll, Jr., Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. **Not to be published in full.**